ALVINA YOERG *vs.* EDWIN R. HOLCOMBE and others.

December 23, 1887.

Appeal by defendant Holcombe from an order of the district court for Ramsey county, *Wilkin,* J., presiding, refusing a new trial.

*H. L. Williams,* for appellant. *John W. Willis,* for respondent.

MITCHELL, J. This case involved the same questions as *Holcombe* v. *Richards, ante,* p. 38, and the result is controlled by that decision.

Order affirmed.